JONATHAN O. PENA, ESQ.
CA Bar ID No. 278044
Peña & Bromberg, PLC
3467 W. Shaw Ave., Ste 100
Fresno, CA  93711
Telephone: 559-412-5390
Fax: 866-282-6709
info@jonathanpena.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Cliofas Ybarra Gonzalez,<br><br>        Plaintiff,<br><br>    vs.<br><br>Leland Dudek, ACTING COMMISIONER OF SOCIAL SECURITY[1],<br><br>        Defendant. | Case No. 1:25-cv-00041-BAM<br><br>STIPULATION AND ~~PROPOSED~~ ORDER FOR EXTENSION OF TIME |

Pending the Court's approval, IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Plaintiff shall have a 60-day extension of time, from  April 14, 2025

---

[1] Leland Dudek became the Acting Commissioner of Social Security on February 16, 2025. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Leland Dudek should be substituted for Michelle King as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

to Juen 13, 2025, for Plaintiff to serve on defendant with PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT.  All other dates in the Court's Scheduling Order shall be extended accordingly.

This is Plaintiff's first request for an extension of time.  Plaintiff respectfully states that the requested extension is necessary due several merit briefs being due on the same week. For the weeks of April 14, 2025 and April 21, 2025, Plaintiff's Counsel has eleven merit briefs due. Counsel requires additional time to brief the issues thoroughly for the Court's consideration. Defendant does not oppose the requested extension.  Counsel apologizes to the Defendant and Court for any inconvenience this may cause.

Respectfully submitted,

Dated: April 2, 2025    PENA & BROMBERG, ATTORNEYS AT LAW

By: /s/ Jonathan Omar Pena
JONATHAN OMAR PENA
Attorneys for Plaintiff

Dated: April 2, 2025    JOSEPH T. MCNALLY
United States Attorney
MATHEW W. PILE
Associate General Counsel
Office of Program Litigation
Social Security Administration

By:  */s/ Jamala Edwards
Jamala Edwards
Special Assistant United States Attorney
Attorneys for Defendant
(*As authorized by email on April 2, 2025)

# ORDER

Pursuant to stipulation and good cause appearing, Plaintiff shall serve Defendant with and file Plaintiff's Motion for Summary Judgment on or before **June 13, 2025**. All other dates in the Court's Scheduling Order are extended accordingly.

IT IS SO ORDERED.

Dated: **April 3, 2025**  /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE