**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CLIOFAS YBARRA GONZALEZ,<br><br>       Plaintiff,<br><br>    v.<br><br>FRANK BISIGNANO, Commissioner of Social Security<br><br>       Defendant. | Case No.  1:25-cv-00041-JLT-EGC<br><br>ORDER ADOPTING IN FULL FINDINGS AND RECOMMENDATIONS RECOMMENDING THAT PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT BE GRANTED AND THE ACTION BE REMANDED TO THE COMMISSIONER FOR FURTHER PROCEEDINGS<br><br>(Docs. 13, 15, 20) |

On January 10, 2025, Cliofas Ybarro Gonzalez filed a complaint seeking judicial review of a final decision of the Commissioner of Social Security denying his application disability insurance benefits and supplemental security income under the Social Security Act.  (Doc. 1). Plaintiff filed his motion for summary judgment on June 13, 2025, (Doc. 13), Defendant filed their response on July 8, 2025, (Doc. 15), and Plaintiff filed his Reply on July 22, 2025, (Doc. 16).  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On May 22, 2026, the assigned magistrate judge issued findings and recommendations recommending that Plaintiff's motion for summary judgment be granted and the final decision of the Commissioner be remanded.  (Doc. 20).

The Court granted the parties 14 days from the date of service to file any objections to the findings and recommendations of the magistrate judge.  (*Id.* at 17).  In addition, the Court advised

the parties "that failure to file objections within the specified time may waive the right to appeal the district judge's order." (*Id*. (citing *Wilkerson v. Wheeler*, 772 F.3d 834, 834 (9th Cir. 2014))). Thus, any objections were due no later than June 4, 2026. To date, no objections have been filed.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C) and *Britt v. Simi Valley United School Dist.*, 708 F.2d 452, 454 (9th Cir. 1983), this Court conducted a de novo review of the case. The findings and recommendations are supported by the record and proper analysis. Based upon the foregoing, the Court **ORDERS**:

1. The findings and recommendations filed May 28, 2026, (Doc. 20), are **ADOPTED IN FULL**;

2. Plaintiff's motion for summary judgment, (Doc. 13), is **GRANTED;**

3. The matter is **REMANDED**; and

4. The Clerk of Court is **DIRECTED** to enter judgment in favor of Plaintiff Cliofas Ybarra Gonzalez and against Defendant Frank Bisignano, Commissioner of Social Security, and to **CLOSE** this action.

IT IS SO ORDERED.

Dated:   **June 28, 2026**

UNITED STATES DISTRICT JUDGE

2